ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR22-006-RSL |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING MOTION TO TERMINATE SUPERVISED RELEASE |
| OMAR AVELAR, | ) | |
| Defendant. | ) | |

This matter having come before the Court on the Defendant's Motion for Early Termination of Supervised Release the Court having reviewed the motion, defense counsel's declaration in support of the motion, and the records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that early termination of Mr. Avelar's supervised release is warranted by the conduct of Mr. Avelar and in the interests of justice;

IT IS ORDERED that the term of supervised release for Mr. Avelar shall be terminated, effective immediately.

//

//

ORDER TO TERMINATE
SUPERVISED RELEASE
(*U.S. v. Avelar,* CR22-006-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

The Clerk of the Court is directed to send copies of this order to all counsel of record, and to the United States Probation Office.

IT IS SO ORDERED.

DONE this 21st day of November, 2022.

_____
JUDGE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Corey Endo*
First Assistant Defender
Attorney for Omar Avelar

ORDER TO TERMINATE
SUPERVISED RELEASE
(*U.S. v. Avelar,* CR22-006-RSL) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100